# COMMON POLICY DECLARATIONS



**NEW**

**AGP0860010**
**Policy Number**

## Western Heritage
*Insurance Company*

P.O. BOX 5100 • Scottsdale, Arizona 85261
9200 E. Pima Ctr. Pkwy., Ste. 350 • Scottsdale, Arizona 85258
1-800-873-9442
A STOCK COMPANY

| ITEM 1. NAMED INSURED AND MAILING ADDRESS | AGENT NAME AND ADDRESS |
|---|---|
| 59 POWER SPORTS INC<br>1990 HWY 59<br>SIBLEY, IA  51249 | ALLIED GENERAL AGENCY COMPANY<br>1100 LOCUST STREET<br>DES MOINES, IOWA 50391-2002<br><br>Agent No.: _____ 14010 |

| ITEM 2. POLICY PERIOD | From: 08/29/2016 | To: 08/29/2017 |
|---|---|---|
| 12:01 A.M. Standard Time at the mailing address shown in Item 1. | | |

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy. This policy consists of the following coverage parts/ forms for which a premium is indicated. Where no premium is shown, there is no coverage. This premium may be subject to adjustment.

| **Coverage Part(s)/ Form(s)** | | **Premium Summary** |
|---|---|---|
| ITEM 3. Commercial Property Coverage Part | $ | NOT COVERED |
| Commercial General Liability Coverage Part | $ | NOT COVERED |
| Professional Liability Coverage Part | $ | NOT COVERED |
| Commercial Inland Marine Coverage Part | $ | NOT COVERED |
| Garage Coverage Part | $ | ▮▮▮▮ |
| | $ | |
| | $ | |
| | $ | |

|  |  |
|---|---|
| Total Policy Premium | $ ▮▮▮▮ |
| SURPLUS LINES TAX | $ 90.54 |
| POLICY FEE | $ 125.00 |
| INSPECTION FEE | $ 150.00 |
| MVR FEE | $ 24.00 |
| **Policy Total** | $ ▮▮▮▮ |

This policy is issued, pursuant to Iowa Code section 515.147, by a nonadmitted company in Iowa and as such is not covered by the Iowa Insurance Guaranty Association.

Form(s) and Endorsement(s) made a part of this policy at time of issue:

**See Schedule of Forms and Endorsements**

ITEM 4. Named Insured is (check one)

☐ Individual    ☐ Partnership    ☐ Joint Venture    ☐ Trust    ☐ Limited Liability Company

☒ Organization including a corporation (other than Partnership, Joint Venture, Trust or Limited Liability Company)

**IMPORTANT NOTICES TO POLICYHOLDER (Please read carefully):**

Notice of all accidents or occurrences must immediately be given to Western Heritage Insurance Company whether or not such accidents or occurrences appear likely to involve this policy.

AUTHORIZED REPRESENTATIVE:

THIS COMMON POLICY DECLARATION AND THE SUPPLEMENTAL DECLARATION(S), TOGETHER WITH THE
COMMON POLICY CONDITIONS, COVERAGE PART(S), COVERAGE FORM(S) AND FORM(S) AND
ENDORSEMENT(S), IF ANY, COMPLETE THE ABOVE-NUMBERED POLICY.

**EXHIBIT A**



**Western Heritage**
*Insurance Company*

| ATTACHED TO AND FORMING A PART OF POLICY NUMBER | ENDORSEMENT EFFECTIVE DATE (12:01 A.M. STANDARD TIME) | NAMED INSURED | AGENT NO. |
|---|---|---|---|
| AGP0860010 | 08/29/2016 | 59 POWER SPORTS INC | 14010 |

**(The above information is required only when this endorsement is issued subsequent to preparation of the policy.)**

## SCHEDULE OF FORMS AND ENDORSEMENTS

```
COMMON FORMS
WHI 20-0297  6-12      Commercial Policy Jacket
WHI 20-0295  10-13     Commercial Policy Declarations
WHI 20-0399  7-12      Schedule Of Forms and Endorsements
IL 00 17  11-98        Common Policy Conditions
IL 00 21  9-08         Nuclear Energy Excl
WHI 20-0117  2-11      Service Of Suit

GARAGE FORMS
WHI 26-0473  2-14      Garage Insurance Coverage Part Dec
WHI 26-0434  4-13      Garage Supplemental Dec
WHI 26-0496  12-08     Ded For Windstorm/Hail/Earthquake/Flood
CA 00 05  3-10         Garage Coverage Form
CA 25 05  3-06         Garage Loc-Operations Med Pay
CA 25 16  10-01        Other Autos Exp-Total Pollution Exclusion
CA 25 37  3-06         Fungi Or Bacteria Excl-Garage
CA 25 39  3-06         Silica Or Silica Related Dust Excl
CA 99 03  3-06         Auto Medical Payments Cov
WHI 26-0306  2-14      Changes In Garage Coverage Form
WHI 26-0307  7-13      Garage Coverage Master Endt
WHI 26-0472  9-04      Animal Exclusion
WHI 26-0967  2-13      Excl-Designated Garage Operations-Tires

STATE FORMS
CA 01 82  3-06         IA-Changes-Garage Liab Cov
IL 02 76  9-08         IA-Changes-Cancel-Nonrenew
```

## ADDITIONAL FORMS

**All other Terms and Conditions of this Policy remain unchanged.**

_____ / _____
AUTHORIZED REPRESENTATIVE                    DATE

**EXHIBIT A**



Western Heritage
*Insurance Company*

| ATTACHED TO AND FORMING A PART OF POLICY NUMBER | ENDORSEMENT EFFECTIVE DATE (12:01 A.M. STANDARD TIME) | NAMED INSURED | AGENT NO. |
|---|---|---|---|
| AGP0860010 | 08/29/2016 | 59 POWER SPORTS INC | 14010 |

**(The above information is required only when this endorsement is issued subsequent to preparation of the policy.)**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## DEDUCTIBLES FOR WINDSTORM, HAIL, EARTHQUAKE OR FLOOD

This endorsement modifies insurance provided under the following:

**GARAGE INSURANCE COVERAGE PART SUPPLEMENTAL DECLARATIONS - FORM WHI 26-0434**

If the policy has been issued with Garagekeepers Comprehensive Coverage or Physical Damage for Dealers, the following applies:

The deductibles stated in **ITEM SIX** or **ITEM SEVEN** or **ITEM NINE** of the **GARAGE POLICY SUPPLEMEN-TAL DECLARATIONS** for "each covered auto" and "maximum deductible for all such loss," do not apply to loss caused by **WINDSTORM, HAIL, EARTHQUAKE** or **FLOOD.** When selected the following applies instead:

☐ **Garagekeepers:**

$_____ Deductible for each covered "auto" for loss caused by Windstorm, Hail, Earth-quake or Flood. The maximum deductible for all such loss shown in WHI 26-0434 does not apply.

☒ **Physical Damage for Dealers:**

$_____1,000_____ Deductible for each covered "auto" for loss caused by Windstorm, Hail, Earth-quake or Flood. The maximum deductible for all such loss shown in WHI 26-0434 does not apply.

☐ **Specifically Described "Autos":**

$_____ Deductible for each covered "auto" for loss caused by Windstorm, Hail, Earth-quake or Flood.

**All other Terms and Conditions of this Policy remain unchanged.**

_____  /  _____
AUTHORIZED REPRESENTATIVE                         DATE

Case 5:20-cv-04018-LRR-MAR   Document 1-1   Filed 03/16/20   Page 3 of 50

EXHIBIT A



**Western Heritage**
*Insurance Company*

## GARAGE INSURANCE COVERAGE PART DECLARATIONS

**ITEM ONE - BUSINESS DESCRIPTION:** `ATV, UTV & SNOWMOBILE DEALER SVS`

**ITEM TWO - SCHEDULE OF COVERAGES AND COVERED AUTOS:** This policy provides only those coverages identified by entry of a PREMIUM and by entry of the applicable COVERED "AUTO" DESIGNATION SYMBOL in the columns below (numerical symbols are defined in Section 1 of the Garage Coverage Form). Entry of a covered "auto" symbol next to Liability provides coverage for "garage operations." Our GARAGE POLICY SUPPLEMENTAL DECLARATIONS replaces the AUTO DEALERS SUPPLEMENTARY SCHEDULE and the NON-DEALERS AND TRAILER DEALERS SUPPLEMENTARY SCHEDULE referred to in the GARAGE COVERAGE FORM.

| GARAGE COVERAGE | COVERED "AUTOS" | LIMIT THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS | | | PREMIUM |
|---|---|---|---|---|---|
| LIABILITY | 22/29 | Each "Accident" "Garage Operations" | | Aggregate "Garage Operations" | $ ■ |
| | | "Auto" Only | Other Than "Auto" Only | Other Than "Auto" Only | |
| | | $1,000,000 | $1,000,000 | $2,000,000 | |

| | | |
|---|---|---|
| This policy is designated with a "Policy Liability Aggregate Limit." Definition: **"Policy Liability Aggregate Limit"** means the greatest aggregate limit, as set forth in the Declarations, for any single Coverage Part of this policy. | | |

| GARAGE KEEPERS | | COVERED "AUTOS" | LIMITS | PREMIUM |
|---|---|---|---|---|
| | SPECIFIED CAUSES OF LOSS | NONE | SEE LIMITS OF INSURANCE IN THE SUPPLEMENTAL DECLARATIONS | $ ■ |
| | COMPREHENSIVE | 30 | | |
| | COLLISION | 30 | | |
| PHYSICAL DAMAGE | SPECIFIED CAUSES OF LOSS | NONE | SEE LIMITS OF INSURANCE IN THE SUPPLEMENTAL DECLARATIONS | $ ■ |
| | COMPREHENSIVE | 31 | | |
| | COLLISION | 31 | | |
| MEDICAL PAYMENTS | | 22/29 | $5,000 | $ ■ |
| UNINSURED/ UNDERINSURED MOTORIST | | NONE | SEPARATELY STATED IN THE ENDORSEMENT | $NOT COV'D |
| PERSONAL INJURY PROTECTION | | NONE | SEPARATELY STATED IN THE ENDORSEMENT | $NOT COV'D |
| DAMAGE TO RENTED PREMISES LIABILITY COVERAGE - GARAGE | | NONE | SEPARATELY STATED IN THE ENDORSEMENT | $NOT COV'D |
| | | | | $ |

| | |
|---|---|
| SEE SCHEDULE OF FORMS AND ENDORSEMENTS CONTAINED IN THIS POLICY AT ITS INCEPTION. | |
| SEE SCHEDULE OF FORMS AND ENDORSEMENTS | PREMIUM FOR ENDORSEMENTS |
| | TOTAL ADVANCE PREMIUM ■ |

THESE DECLARATIONS, THE SUPPLEMENTAL DECLARATIONS AND THE COMMON POLICY DECLARATIONS, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S), FORMS AND ENDORSEMENTS, IF ANY, COMPLETE THE ABOVE-NUMBERED POLICY.

INSURED

**EXHIBIT A**



**Western Heritage**
*Insurance Company*

## GARAGE INSURANCE COVERAGE PART SUPPLEMENTAL DECLARATIONS

POLICY NUMBER: AGP0860010 _____

### ITEM THREE - LOCATIONS WHERE YOU CONDUCT GARAGE OPERATIONS.

| Loc. No. | Address - state your main business location as Location No. 1 |
|---|---|
| 1 | 1990 HWY 59, SIBLEY, IOWA 51249 |
|  |  |

### ITEM FOUR - DEALER and ITEM FIVE - NON-DEALER - LIABILITY COVERAGES - PREMIUMS.

| Loc. No. | Rating Units - Dealer | Rating Units - Non-Dealer | Dealer Rate | Non-Dealer Rate | Premium |
|---|---|---|---|---|---|
| 1 | ██████ | N/A | ████ | N/A | $ ████ |
|  |  |  |  |  | $ |

### ITEM SIX - GARAGEKEEPERS COVERAGES AND PREMIUMS.

| Loc. No. | Coverages | Limit of Insurance and Deductible for Each Location | | Premium |
|---|---|---|---|---|
| 1 | Comprehensive | $50,000 | Limit of Insurance. | $ ████ |
|  |  | $1,000 | Deductible for all perils for each "customer's auto." |  |
|  |  | $5,000 | Maximum Deductible for all "loss" in any one event. |  |
|  | Specified Causes of Loss | $ NOT COVERED | Limit of Insurance. | $ NOT COVERED |
|  |  | $ | Deductible for all perils for each "customer's auto." |  |
|  |  | $ | Maximum Deductible for all "loss" in any one event. |  |
|  | Collision | $50,000 | Limit of Insurance. | $ ████ |
|  |  | $1,000 | Deductible for all perils for each "customer's auto." |  |
|  | Comprehensive | $ | Limit of Insurance. | $ |
|  |  | $ | Deductible for all perils for each "customer's auto." |  |
|  |  | $ | Maximum Deductible for all "loss" in any one event. |  |
|  | Specified Causes of Loss | $ | Limit of Insurance. | $ |
|  |  | $ | Deductible for all perils for each "customer's auto." |  |
|  |  | $ | Maximum Deductible for all "loss" in any one event. |  |
|  | Collision | $ | Limit of Insurance. | $ |
|  |  | $ | Deductible for all perils for each "customer's auto." |  |

**Premium For All Locations:**

| | |
|---|---|
| Comprehensive | $ ████ |
| Specified Causes of Loss | $ |
| Collision | $ ████ |

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 2009

**EXHIBIT A**



**Western Heritage**
*Insurance Company*

## GARAGE INSURANCE COVERAGE PART SUPPLEMENTAL DECLARATIONS (continued)

POLICY NUMBER: AGP0860010 _____

### ITEM SIX - GARAGEKEEPERS COVERAGES AND PREMIUMS. (continued)

GARAGEKEEPERS COVERAGE applies on a legal liability basis unless the Direct Primary Insurance option below has been indicated by "☒."

☐  **DIRECT PRIMARY INSURANCE:** GARAGEKEEPERS COVERAGE is changed to apply without regard to your or any other "insured's" legal liability for "loss" to a covered "auto" and is primary insurance.

### ITEM SEVEN - PHYSICAL DAMAGE COVERAGE FOR DEALERS PHYSICAL DAMAGE COVERAGE FOR NON-DEALERS. (ITEM EIGHT - RESERVED FOR FUTURE USE).

Each of the following Physical Damage coverages that is indicated in **ITEM TWO** applies only to the type of "autos" and interests indicated below by "☒." Premium Basis-Nonreporting: The stated limit of insurance shown below applies.

| ☒ Used Autos | ☒ Your interest in covered "autos" you own |
|---|---|
| ☒ New Autos | ☒ Your interest and the interest of any creditor named as loss payee |
| | ☒ All interest in covered "autos" while in your possession on consignment for sale |

| Loc. No. | Coverages | Limit of Insurance and Deductible for Each Location | | Premium |
|---|---|---|---|---|
| 1 | Comprehensive | $ 300,000 | Limit of Insurance. | $ ▮▮▮▮▮ |
| | | $ 2,500 | Deductible for all perils for each covered "auto." | |
| | | $ 12,500 | Maximum Deductible for all "loss" in any one event. | |
| | Specified Causes of Loss | $ NOT COVERED | Limit of Insurance. | $ NOT COVERED |
| | | $ | Deductible for all perils for each covered "auto." | |
| | | $ | Maximum Deductible for all "loss" in any one event. | |
| | Comprehensive | $ | Limit of Insurance. | $ |
| | | $ | Deductible for all perils for each covered "auto." | |
| | | $ | Maximum Deductible for all "loss" in any one event. | |
| | Specified Causes of Loss | $ | Limit of Insurance. | $ |
| | | $ | Deductible for all perils for each covered "auto." | |
| | | $ | Maximum Deductible for all "loss" in any one event. | |
| | Blanket Collision (All Locations) | $ 300,000 | Limit of Insurance. | $ ▮▮▮▮▮ |
| | | $ 2,500 | Deductible for each covered "auto." | |
| | | **Total Premium For All Locations:** | | $ ▮▮▮▮▮ |

**Our Limit of Insurance for "loss" at locations other than those stated in ITEM THREE.**

$ NOT COV'D _____ Additional locations where you display or store covered "autos."

$ NOT COV'D _____ In transit.

There is no coverage if "loss" occurs more than forty-five (45) days after your use of the location begins.

**Premium Basis.** Nonreporting Basis. Stated limit of insurance shown above applies.

Loss Payee - Any loss is payable as interest may appear to you and:

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 2009

**EXHIBIT A**



**Western Heritage**
*Insurance Company*

## GARAGE INSURANCE COVERAGE PART SUPPLEMENTAL DECLARATIONS (continued)

POLICY NUMBER: AGP0860010 _____

**ITEM NINE - DEALERS, NON-DEALERS TRAILER DEALERS SCHEDULE OF SPECIFICALLY DESCRIBED "AUTOS."**

| Auto No. | Year, Make, Model, Vehicle Identification Number | Cost/ Value |
|---|---|---|
| | | |
| | | |

| Auto No. | GVW | Use | Radius | Code | Loss Payee - All Physical Damage loss is payable to you and the loss payee named below according to their interests in the auto at the time of the loss. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

COVERAGES (Will apply as indicated by entry of a premium).

| Auto No. | Liability Premium | Specified Causes of Loss Ded. | Specified Causes of Loss Premium | Comprehensive Ded. | Comprehensive Premium | Collision Ded. | Collision Premium | Medical Payments Premium | Personal Injury Protection Premium |
|---|---|---|---|---|---|---|---|---|---|
| | NOT COV'D | N/A | NOT COV'D | N/A | NOT COV'D | N/A | NOT COV'D | NOT COV'D | NOT COV'D |
| | | | | | | | | | |
| | | | | | | | | | |
| Total | $ | XXX | $ | XXX | $ | XXX | $ | $ | $ |

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 2009

**EXHIBIT A**

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1998

Case 5:20-cv-04018-LRR-MAR   Document 1-1   Filed 03/16/20   Page 8 of 50

EXHIBIT A

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT

**(Broad Form)**

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/ COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "special nuclear material" or "by-product material".

Copyright, ISO Properties, Inc., 2007 **Page 1 of 2**

Case 5:20-cv-04018-LRR-MAR Document 1-1 Filed 03/16/20 Page 9 of 50

EXHIBIT A

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

    **(a)** Any "nuclear reactor";

    **(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

    **(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

    **(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

Copyright, ISO Properties, Inc., 2007

**EXHIBIT A**



| ATTACHED TO AND FORMING A PART OF POLICY NUMBER | ENDORSEMENT EFFECTIVE DATE (12:01 A.M. STANDARD TIME) | NAMED INSURED | AGENT NO. |
|---|---|---|---|
| AGP0860010 | 08/29/2016 | 59 POWER SPORTS INC | 14010 |

**(The above information is required only when this endorsement is issued subsequent to preparation of the policy.)**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## SERVICE OF SUIT

Pursuant to any statute of any state, territory or district of the United States which makes provision therefore, the Company hereby designates the Superintendent, Commissioner or Director of Insurance or other office specified for that purpose in the Statute, or his successor or successors in office, as their true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the Insured or any beneficiary hereunder rising out of this contract of insurance, and hereby designate the above-named as the person to whom said officer is authorized to mail process or a true copy thereof.

It is further agreed that service of process may be made upon the President, or his nominee, of the Company at 9200 East Pima Center Parkway, Suite 350, Scottsdale, Arizona 85258, and that in any suit instituted against any one of them upon this policy, the Company will abide by the final decision of such Court or of any Appellate Court in the event of an appeal.

It is agreed that in any state requiring a standard form of policy, insurance hereunder on values of properties in such state shall attach and cover in accordance with the terms and conditions of such standard form.

**All other Terms and Conditions of this Policy remain unchanged.**

_____ /_____

AUTHORIZED REPRESENTATIVE        DATE

Case 5:20-cv-04018-LRR-MAR   Document 1-1   Filed 03/16/20   Page 11 of 50

EXHIBIT A

# GARAGE COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **VI** - Definitions.

## SECTION I - COVERED AUTOS

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

**A. Description Of Covered Auto Designation Symbols**

| Symbol | Description Of Covered Auto Designation Symbols | |
|---|---|---|
| **21** | Any "Auto" | |
| **22** | Owned "Autos" Only | Only those "autos" you own (and for Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| **23** | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| **24** | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| **25** | Owned "Autos" Subject To No-fault | Only those "autos" you own that are required to have no-fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have no-fault benefits in the state where they are licensed or principally garaged. |
| **26** | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| **27** | Specifically Described "Autos" | Only those "autos" described in Item Nine of the Declarations for which a premium charge is shown (and for Liability Coverage any "trailers" you don't own while attached to a power unit described in Item Nine). |
| **28** | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| **29** | Non-owned "Autos" Used In Your Garage Business | Any "auto" you do not own, lease, hire, rent or borrow used in connection with your garage business described in the Declarations. This includes "autos" owned by your "employees" or partners (if you are a partnership), members (if you are a limited liability company) or members of their households while used in your garage business. |

Copyright, Insurance Services Office, Inc., 2009

**EXHIBIT A**

| Symbol | | Description Of Covered Auto Designation Symbols |
|---|---|---|
| 30 | "Autos" Left With You For Service, Repair, Storage Or Safekeeping | Any customer's land motor vehicle or trailer or semitrailer while left with you for service, repair, storage or safekeeping. Customers include your "employees", and members of their households, who pay for the services performed. |
| 31 | Dealers "Autos" (Physical Damage Coverages) | Any "autos" and the interests in these "autos" described in Item Seven of the Declarations. |

**B. Owned Autos You Acquire After The Policy Begins**

1. If Symbols **21, 22, 23, 24, 25** or **26** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

2. But, if Symbol **27** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

   **a.** We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   **b.** You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

**C. Certain Trailers And Temporary Substitute Autos**

If Liability Coverage is provided by this coverage form, the following types of vehicles are also covered "autos" for Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

   **a.** Breakdown;

   **b.** Repair;

   **c.** Servicing;

   **d.** "Loss"; or

   **e.** Destruction.

**SECTION II - LIABILITY COVERAGE**

**A. Coverage**

1. **"Garage Operations" - Other Than Covered "Autos"**

   **a.** We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies caused by an "accident" and resulting from "garage operations" other than the ownership, maintenance or use of covered "autos".

   We have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the applicable Liability Coverage Limit of Insurance - "Garage Operations" - Other Than Covered "Autos" has been exhausted by payment of judgments or settlements.

   **b.** This insurance applies to "bodily injury" and "property damage" only if:

   **(1)** The "accident" occurs in the coverage territory;

   **(2)** The "bodily injury" or "property damage" occurs during the policy period; and

© Insurance Services Office, Inc., 2009
CA 00 05 03 10

**EXHIBIT A**

**(3)** Prior to the policy period, no "insured" listed under Who Is An Insured and no "employee" authorized by you to give or receive notice of an "accident" or claim knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed "insured" or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage", which occurs during the policy period and was not, prior to the policy period, known to have occurred by any "insured" listed under Who Is An Insured or any "employee" authorized by you to give or receive notice of an "accident" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any "insured" listed under Who Is An Insured or any "employee" authorized by you to give or receive notice of an "accident" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**2.** **"Garage Operations" - Covered "Autos"**

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from "garage operations" involving the ownership, maintenance or use of covered "autos".

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from "garage operations" involving the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Liability Coverage Limit of Insurance - "Garage Operations" - Covered "Autos" has been exhausted by payment of judgments or settlements.

**3.** **Who Is An Insured**

**a.** The following are "insureds" for covered "autos":

**(1)** You for any covered "auto".

**(2)** Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

**(a)** The owner or anyone else from whom you hire or borrow a covered "auto". This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

**(b)** Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

**(c)** Someone using a covered "auto" while he or she is working in a business of selling, servicing or repairing "autos" unless that business is your "garage operations".

Copyright, Insurance Services Office, Inc., 2009

**EXHIBIT A**

**(d)** Your customers. However, if a customer of yours:

    **(i)** Has no other available insurance (whether primary, excess or contingent), they are an "insured" but only up to the compulsory or financial responsibility law limits where the covered "auto" is principally garaged.

    **(ii)** Has other available insurance (whether primary, excess or contingent) less than the compulsory or financial responsibility law limits where the covered "auto" is principally garaged, they are an "insured" only for the amount by which the compulsory or financial responsibility law limits exceed the limit of their other insurance.

**(e)** A partner (if you are a partnership) or a member (if you are a limited liability company) for a covered "auto" owned by him or her or a member of his or her household.

**(3)** Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

**(4)** Your "employee" while using a covered "auto" you do not own, hire or borrow in your business or your personal affairs.

**b.** The following are "insureds" for "garage operations" other than covered "autos":

**(1)** You.

**(2)** Your partners (if you are a partnership), members (if you are a limited liability company), "employees", directors or shareholders but only while acting within the scope of their duties.

**4. Coverage Extensions**

**a. Supplementary Payments**

We will pay for the "insured":

**(1)** All expenses we incur.

**(2)** Up to $2,000 for the cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

**(3)** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**(5)** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**(6)** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**b. Out-of-state Coverage Extensions**

While a covered "auto" is away from the state where it is licensed we will:

**(1)** Increase the Limit of Insurance for Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

**(2)** Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

**B. Exclusions**

This insurance does not apply to any of the following:

**1. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured". But for "garage operations" other than covered "autos" this exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

Copyright, Insurance Services Office, Inc., 2009

CA 00 05 03 10

**EXHIBIT A**

**2. Contractual**

Liability assumed under any contract or agreement. But this exclusion does not apply to liability for damages:

**a.** Assumed in a contract or agreement that is an "insured contract" provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**b.** That the "insured" would have in the absence of the contract or agreement.

**3. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

**4. Employee Indemnification And Employer's Liability**

"Bodily injury" to:

**a.** An "employee" of the "insured" arising out of and in the course of:

**(1)** Employment by the "insured"; or

**(2)** Performing the duties related to the conduct of the "insured's" business;

**b.** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **a.** above;

**c.** A person arising out of any:

**(1)** Refusal to employ that person;

**(2)** Termination of that person's employment; or

**(3)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**d.** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraph **c.(1), (2)** or **(3)** above are directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraph **c.(1), (2)** or **(3)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the "insured" may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of the coverage form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

**5. Fellow Employee**

"Bodily injury" to:

**a.** Any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business; or

**b.** The spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **a.** above.

**6. Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving:

**a.** Property owned, rented or occupied by the "insured";

**b.** Property loaned to the "insured";

**c.** Property held for sale or being transported by the "insured"; or

**d.** Property in the "insured's" care, custody or control.

But this exclusion does not apply to liability assumed under a sidetrack agreement.

**7. Leased Autos**

Any covered "auto" while leased or rented to others. But this exclusion does not apply to a covered "auto" you rent to one of your customers while their "auto" is left with you for service or repair.

Copyright, Insurance Services Office, Inc., 2009

**EXHIBIT A**

**8. Pollution Exclusion Applicable To "Garage Operations" - Other Than Covered "Autos"**

**a.** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(1)** At or from any premises, site or location that is or was at any time owned or occupied by, or rented or loaned to, any "insured";

**(2)** At or from any premises, site or location that is or was at any time used by or for any "insured" or others for the handling, storage, disposal, processing or treatment of waste;

**(3)** At or from any premises, site or location on which any "insured" or any contractors or subcontractors working directly or indirectly on any "insured's" behalf are performing operations:

   **(a)** To test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, the "pollutants"; or

   **(b)** If the "pollutants" are brought on or to the premises, site or location in connection with such operations by such "insured", contractor or subcontractor; or

**(4)** That are or were at any time transported, handled, stored, treated, disposed of or processed as waste by or for any "insured" or any person or organization for whom you may be legally responsible.

Paragraphs **a.(1)** and **a.(3)(b)** do not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a hostile fire. A hostile fire means one that becomes uncontrollable or breaks out from where it was intended to be.

Paragraph **a.(1)** does not apply to "bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests.

Paragraph **a.(3)(b)** does not apply to "bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from material brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor.

**b.** Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the "insured" would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**9. Pollution Exclusion Applicable To "Garage Operations" - Covered "Autos"**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled or handled for movement into, onto or from, the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

Copyright, Insurance Services Office, Inc., 2009

**EXHIBIT A**

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if the "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants".

Paragraphs **b.** and **c.** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(1)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(2)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**10. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**11. Watercraft Or Aircraft**

Any watercraft or aircraft except watercraft while ashore on premises where you conduct "garage operations".

**12. Defective Products**

"Property damage" to any of your "products", if caused by a defect existing in your "products" or any part of your "products", at the time it was transferred to another.

**13. Work You Performed**

"Property damage" to "work you performed" if the "property damage" results from any part of the work itself or from the parts, materials or equipment used in connection with the work.

**14. Loss Of Use**

Loss of use of other property not physically damaged if caused by:

**a.** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

**b.** A defect, deficiency, inadequacy or dangerous condition in your "products" or "work you performed". But this exclusion, **14.b.,** does not apply if the loss of use was caused by sudden and accidental damage to or destruction of your "products" or "work you performed" after they have been put to their intended use.

**15. Products Recall**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of your "products" or "work you performed" or other property of which they form a part, if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**16. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**17. Distribution Of Material In Violation Of Statutes Exclusion Applicable To "Garage Operations" - Other Than Covered "Autos"**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**a.** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**b.** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

Copyright, Insurance Services Office, Inc., 2009

Case 5:20-cv-04018-LRR-MAR   Document 1-1   Filed 03/16/20   Page 18 of 50

**EXHIBIT A**

**c.** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

## C. Limit Of Insurance

**1. Aggregate Limit Of Insurance - "Garage Operations"- Other Than Covered "Autos"**

For "garage operations" other than the ownership, maintenance or use of covered "autos", the following applies:

Regardless of the number of "insureds", claims made or "suits" brought or persons or organizations making claims or bringing "suits", the most we will pay for the sum of all damages involving "garage operations" other than "auto" is the Aggregate Limit of Insurance - "Garage Operations" - Other Than Covered "Autos" for Liability Coverage shown in the Declarations.

Damages payable under the Aggregate Limit of Insurance - "Garage Operations" - Other Than Covered "Autos" consist of damages resulting from "garage operations", other than the ownership, maintenance or use of the "autos" indicated in Section **I** of this coverage form as covered "autos", including the following coverages, if provided by endorsement:

**a.** "Personal injury" liability coverage;

**b.** "Personal and advertising injury" liability coverage;

**c.** Host liquor liability coverage;

**d.** Damage to rented premises liability coverage;

**e.** Incidental medical malpractice liability coverage;

**f.** Non-owned watercraft coverage; and

**g.** Broad form products coverage.

Damages payable under the Each "Accident" Limit of Insurance - "Garage Operations" - Other Than Covered "Autos" are not payable under the Each "Accident" Limit of Insurance - "Garage Operations" - Covered "Autos".

Subject to the above, the most we will pay for all damages resulting from all "bodily injury" and "property damage" resulting from any one "accident" is the Each "Accident" Limit of Insurance - "Garage Operations" - Other Than Covered "Autos" for Liability Coverage shown in the Declarations.

All "bodily injury" and "property damage" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

The Aggregate Limit of Insurance - "Garage Operations" Other Than Covered "Autos" applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Aggregate Limit of Insurance - "Garage Operations" - Other Than Covered "Autos".

**2. Limit Of Insurance - "Garage Operations" - Covered "Autos"**

For "accidents" resulting from "garage operations" involving the ownership, maintenance or use of covered "autos", the following applies:

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined, resulting from any one "accident" involving a covered "auto" is the Each "Accident" Limit of Insurance - "Garage Operations" - Covered "Autos" for Liability Coverage shown in the Declarations.

Damages and "covered pollution cost or expense" payable under the Each "Accident" Limit of Insurance - "Garage Operations" - Covered "Autos" are not payable under the Each "Accident" Limit of Insurance - "Garage Operations" - Other Than Covered "Autos".

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage form and any Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

## D. Deductible

We will deduct $100 from the damages in any "accident" resulting from "property damage" to an "auto" as a result of "work you performed" on that "auto".

Copyright, Insurance Services Office, Inc., 2009

**EXHIBIT A**

## SECTION III - GARAGEKEEPERS COVERAGE

### A. Coverage

**1.** We will pay all sums the "insured" legally must pay as damages for "loss" to a "customer's auto" or "customer's auto" equipment left in the "insured's" care while the "insured" is attending, servicing, repairing, parking or storing it in your "garage operations" under:

**a. Comprehensive Coverage**

From any cause except:

**(1)** The "customer's auto's" collision with another object; or

**(2)** The "customer's auto's" overturn.

**b. Specified Causes Of Loss Coverage**

Caused by:

**(1)** Fire, lightning or explosion;

**(2)** Theft; or

**(3)** Mischief or vandalism.

**c. Collision Coverage**

Caused by:

**(1)** The "customer's auto's" collision with another object; or

**(2)** The "customer's auto's" overturn.

**2.** We have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for any loss to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends for a coverage when the Limit of Insurance for that coverage has been exhausted by payment of judgments or settlements.

**3. Who Is An Insured**

The following are "insureds" for "loss" to "customer's autos" and "customer's auto" equipment:

**a.** You.

**b.** Your partners (if you are a partnership), members (if you are a limited liability company), "employees", directors or shareholders while acting within the scope of their duties as such.

**4. Coverage Extensions**

The following apply as **Supplementary Payments.** We will pay for the "insured":

**a.** All expenses we incur.

**b.** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**c.** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**d.** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**e.** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

### B. Exclusions

**1.** This insurance does not apply to any of the following:

**a. Contractual Obligations**

Liability resulting from any contract or agreement by which the "insured" accepts responsibility for "loss". But this exclusion does not apply to liability for "loss" that the "insured" would have in the absence of the contract or agreement.

**b. Theft**

"Loss" due to theft or conversion caused in any way by you, your "employees" or by your shareholders.

**c. Defective Parts**

Defective parts or materials.

**d. Faulty Work**

Faulty "work you performed".

**2.** We will not pay for "loss" to any of the following:

**a.** Tape decks or other sound-reproducing equipment unless permanently installed in a "customer's auto".

**b.** Tapes, records or other sound-reproducing devices designed for use with sound-reproducing equipment.

Copyright, Insurance Services Office, Inc., 2009

**EXHIBIT A**

**c.** Sound-receiving equipment designed for use as a citizens' band radio, two-way mobile radio or telephone or scanning monitor receiver, including its antennas and other accessories, unless permanently installed in the dash or console opening normally used by the "customer's auto" manufacturer for the installation of a radio.

**d.** Any device designed or used to detect speed-measuring equipment such as radar or laser detectors and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

**3.** We will not pay for "loss" caused by or resulting from the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss":

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**C. Limits Of Insurance And Deductibles**

**1.** Regardless of the number of "customer's autos", "insureds", premiums paid, claims made or "suits" brought, the most we will pay for each "loss" at each location is the Garagekeepers Coverage Limit of Insurance shown in the Declarations for that location. Prior to the application of this limit, the damages for "loss" that would otherwise be payable will be reduced by the applicable deductibles for "loss" caused by:

**a.** Collision; or

**b.** With respect to Garagekeepers Coverage Comprehensive or Specified Causes Of Loss Coverage:

**(1)** Theft or mischief or vandalism; or

**(2)** All perils.

**2.** The maximum deductible stated in the Declarations for Garagekeepers Coverage Comprehensive or Specified Causes Of Loss Coverage is the most that will be deducted for all "loss" in any one event caused by:

**a.** Theft or mischief or vandalism; or

**b.** All perils.

**3.** Sometimes to settle a claim or "suit", we may pay all or any part of the deductible. If this happens you must reimburse us for the deductible or that portion of the deductible that we paid.

**SECTION IV - PHYSICAL DAMAGE COVERAGE**

**A. Coverage**

**1.** We will pay for "loss" to a covered "auto" or its equipment under:

**a. Comprehensive Coverage**

From any cause except:

**(1)** The covered "auto's" collision with another object; or

**(2)** The covered "auto's" overturn.

**b. Specified Causes Of Loss Coverage**

Caused by:

**(1)** Fire, lightning or explosion;

**(2)** Theft;

**(3)** Windstorm, hail or earthquake;

**(4)** Flood;

**(5)** Mischief or vandalism; or

**(6)** The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

**c. Collision Coverage**

Caused by:

**(1)** The covered "auto's" collision with another object; or

**(2)** The covered "auto's" overturn.

**2. Glass Breakage - Hitting A Bird Or Animal - Falling Objects Or Missiles**

If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

**a.** Glass breakage;

**b.** "Loss" caused by hitting a bird or animal; and

**c.** "Loss" caused by falling objects or missiles.

However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

Copyright, Insurance Services Office, Inc., 2009

**EXHIBIT A**

3. **Coverage Extension - Loss Of Use Expenses**

   For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver, under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

   a. Other than collision only if the Declarations indicate that Comprehensive Coverage is provided for any covered "auto";

   b. Specified Causes Of Loss only if the Declarations indicate that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

   c. Collision only if the Declarations indicate that Collision Coverage is provided for any covered "auto".

   However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

**B. Exclusions**

1. We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

   a. **Nuclear Hazard**

      (1) The explosion of any weapon employing atomic fission or fusion; or

      (2) Nuclear reaction or radiation, or radioactive contamination, however caused.

   b. **War Or Military Action**

      (1) War, including undeclared or civil war;

      (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

      (3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2. We will not pay for "loss" to any of the following:

   a. Any covered "auto" leased or rented to others unless rented to one of your customers while their "auto" is left with you for service or repair.

   b. Any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such contest or activity.

   c. Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

   d. Any device designed or used to detect speed measuring equipment such as radar or laser detectors and any jamming apparatus intended to elude or disrupt speed-measurement equipment.

   e. Any electronic equipment, without regard to whether this equipment is permanently installed, that reproduces, receives or transmits audio, visual or data signals.

   f. Any accessories used with the electronic equipment described in Paragraph **e.** above.

3. Exclusions **2.e.** and **2.f.** do not apply to equipment designed to be operated solely by use of the power from the "auto's" electrical system that, at the time of "loss", is:

   a. Permanently installed in or upon the covered "auto";

   b. Removable from a housing unit which is permanently installed in or upon the covered "auto";

   c. An integral part of the same unit housing any electronic equipment described in Paragraphs **a.** and **b.** above; or

   d. Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system.

4. **False Pretense**

   We will not pay for "loss" to a covered "auto" caused by or resulting from:

   a. Someone causing you to voluntarily part with it by trick or scheme or under false pretenses; or

   b. Your acquiring an "auto" from a seller who did not have legal title.

5. We will not pay for:

   a. Your expected profit, including loss of market value or resale value.

Copyright, Insurance Services Office, Inc., 2009

Case 5:20-cv-04018-LRR-MAR Document 1-1 Filed 03/16/20 Page 22 of 50

**EXHIBIT A**

b. "Loss" to any covered "auto" displayed or stored at any location not shown in Item Three of the Declarations if the "loss" occurs more than 45 days after your use of the location begins.

c. Under the Collision Coverage, "loss" to any covered "auto" while being driven or transported from the point of purchase or distribution to its destination if such points are more than 50 road miles apart.

d. Under the Specified Causes Of Loss Coverage, "loss" to any covered "auto" caused by or resulting from the collision or upset of any vehicle transporting it.

6. We will not pay for "loss" to a covered "auto" due to "diminution in value".

7. **Other Exclusions**

We will not pay for "loss" due and confined to:

a. Wear and tear, freezing, mechanical or electrical breakdown.

b. Blowouts, punctures or other road damage to tires.

This exclusion does not apply to such "loss" resulting from the total theft of a covered "auto".

C. **Limits Of Insurance**

1. The most we will pay for "loss" to any one covered "auto" is the lesser of:

a. The actual cash value of the damaged or stolen property as of the time of "loss"; or

b. The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

2. $1,000 is the most we will pay for "loss" in any one "accident" to all electronic equipment that reproduces, receives or transmits audio, visual or data signals which, at the time of "loss", is:

a. Permanently installed in or upon the covered "auto" in a housing, opening or other location that is not normally used by the "auto" manufacturer for the installation of such equipment;

b. Removable from a permanently installed housing unit as described in Paragraph **2.a.** above; or

c. An integral part of such equipment.

3. An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

4. If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

5. The following provisions also apply:

a. Regardless of the number of covered "autos" involved in the "loss", the most we will pay for all "loss" at any one location is the amount shown in the Declarations for that location. Regardless of the number of covered "autos" involved in the "loss", the most we will pay for all "loss" in transit is the amount shown in the Declarations for "loss" in transit.

b. **Quarterly Or Monthly Reporting Premium Basis**

If, on the date of your last report, the actual value of the covered "autos" at the "loss" location exceeds what you last reported, when a "loss" occurs we will pay only a percentage of what we would otherwise be obligated to pay. We will determine this percentage by dividing your total reported value for the involved location by the total actual value at the "loss" location on the date of your last report.

If the first report due is delinquent on the date of "loss", the most we will pay will not exceed 75 percent of the Limit of Insurance shown in the Declarations for the applicable location.

c. **Non-reporting Premium Basis**

If, when "loss" occurs, the total value of your covered "autos" exceeds the Limit of Insurance shown in the Declarations, we will pay only a percentage of what we would otherwise be obligated to pay. We will determine this percentage by dividing the Limit of Insurance by the total actual value at the "loss" location at the time the "loss" occurred.

D. **Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations prior to the application of the Limit of Insurance shown in the Declarations, provided that:

1. The Comprehensive or Specified Causes Of Loss Coverage deductible applies only to "loss" caused by:

a. Theft or mischief or vandalism; or

b. All perils.

© Insurance Services Office, Inc., 2009
CA 00 05 03 10

**EXHIBIT A**

**2.** Regardless of the number of covered "autos" damaged or stolen, the per "loss" deductible for Comprehensive or Specified Causes Of Loss Coverage shown in the Declarations is the maximum deductible applicable for all "loss" in any one event caused by:

   **a.** Theft or mischief or vandalism; or

   **b.** All perils.

## SECTION V - GARAGE CONDITIONS

The following conditions apply in addition to the Common Policy Conditions:

**A. Loss Conditions**

   **1. Appraisal For Physical Damage Loss**

   If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire.

   The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

      **a.** Pay its chosen appraiser; and

      **b.** Bear the other expenses of the appraisal and umpire equally.

   If we submit to an appraisal, we will still retain our right to deny the claim.

   **2. Duties In The Event Of Accident, Claim, Suit Or Loss**

   We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

      **a.** In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the accident or "loss". Include:

         **(1)** How, when and where the "accident" or "loss" occurred;

         **(2)** The "insured's" name and address; and

         **(3)** To the extent possible, the names and addresses of any injured persons and witnesses.

      **b.** Additionally, you and any other involved "insured" must:

         **(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

         **(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

         **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

         **(4)** Authorize us to obtain medical records or other pertinent information.

         **(5)** Submit to examination at our expense, by physicians of our choice, as often as we reasonably require.

      **c.** If there is "loss" to a covered "auto" or its equipment you must also do the following:

         **(1)** Promptly notify the police if the covered "auto" or any of its equipment is stolen.

         **(2)** Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

         **(3)** Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

         **(4)** Agree to examinations under oath at our request and give us a signed statement of your answers.

   **3. Legal Action Against Us**

   No one may bring a legal action against us under this coverage form until:

      **a.** There has been full compliance with all the terms of this coverage form; and

      **b.** Under Liability Coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

   **4. Loss Payment - Physical Damage Coverages**

   At our option we may:

      **a.** Pay for, repair or replace damaged or stolen property;

      **b.** Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

      **c.** Take all or any part of the damaged or stolen property at an agreed or appraised value.

Copyright, Insurance Services Office, Inc., 2000

**EXHIBIT A**

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

**5. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this coverage form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

**B. General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this coverage form.

**2. Concealment, Misrepresentation Or Fraud**

This coverage form is void in any case of fraud by you at any time as it relates to this coverage form. It is also void if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

**a.** This coverage form;

**b.** The covered "auto";

**c.** Your interest in the covered "auto"; or

**d.** A claim under this coverage form.

**3. Liberalization**

If we revise this coverage form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**4. No Benefit To Bailee - Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this coverage form.

**5. Other Insurance**

**a.** For any covered "auto" you own, this coverage form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this coverage form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Liability Coverage this coverage form provides for the "trailer" is:

**(1)** Excess while it is connected to a motor vehicle you do not own.

**(2)** Primary while it is connected to a covered "auto" you own.

**b.** For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

**c.** Regardless of the provisions of Paragraph **a.** above, this coverage form's Liability Coverage is primary for any liability assumed under an "insured contract".

**d.** When this coverage form and any other coverage form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our coverage form bears to the total of the limits of all the coverage forms and policies covering on the same basis.

**6. Premium Audit**

**a.** The estimated premium for this coverage form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

**b.** If this policy is issued for more than one year, the premium for this coverage form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

**7. Policy Period, Coverage Territory**

Under this coverage form, we cover:

**a.** "Bodily injury", "property damage" and "losses" occurring; and

**b.** "Covered pollution cost or expense" arising out of "accidents" occurring;

during the policy period shown in the Declarations and within the coverage territory.

The coverage territory is:

**(1)** The United States of America;

**(2)** The territories and possessions of the United States of America;

**(3)** Puerto Rico;

Copyright, Insurance Services Office, Inc., 2009

CA 00 05 03 10

**EXHIBIT A**

**(4)** Canada; and

**(5)** Anywhere in the world if:

    **(a)** A covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less; and

    **(b)** The "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, Puerto Rico or Canada or in a settlement we agree to.

We also cover "bodily injury", "property damage", "covered pollution cost or expense" and "losses" while a covered "auto" is being transported between any of these places.

The coverage territory is extended to anywhere in the world if the "bodily injury" or "property damage" is caused by one of your "products" which is sold for use in the United States of America, its territories or possessions, Puerto Rico or Canada. The original "suit" for damages resulting from such "bodily injury" or "property damage" must be brought in one of these places.

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this coverage form and any other coverage form or policy issued to you by us or any company affiliated with us applies to the same "accident", the aggregate maximum Limit of Insurance under all the coverage forms or policies shall not exceed the highest applicable Limit of Insurance under any one coverage form or policy. This condition does not apply to any coverage form or policy issued by us or an affiliated company specifically to apply as excess insurance over this coverage form.

## SECTION VI - DEFINITIONS

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

**B.** "Auto" means a land motor vehicle, "trailer" or semitrailer.

**C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person including death resulting from any of these.

**D.** "Covered pollution cost or expense" means any cost or expense arising out of:

**1.** Any request, demand, order or statutory or regulatory requirement that the "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**2.** Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

    **a.** That are, or that are contained in any property that is:

        **(1)** Being transported or towed by, handled, or handled for movement into, onto or from the covered "auto";

        **(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

        **(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

    **b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

    **c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if the "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants".

Copyright, Insurance Services Office, Inc., 2006

Case 5:20-cv-04018-LRR-MAR   Document 1-1   Filed 03/16/20   Page 26 of 50

**EXHIBIT A**

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

   **(1)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

   **(2)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**E.** "Customer's auto" means a land motor vehicle, "trailer" or semitrailer lawfully within your possession for service, repair, storage or safekeeping, with or without the vehicle owner's knowledge or consent. A "customer's auto" also includes any such vehicle left in your care by your "employees" and members of their households, who pay for services performed.

**F.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**G.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**H.** "Garage operations" means the ownership, maintenance or use of locations for garage business and that portion of the roads or other accesses that adjoin these locations. "Garage operations" includes the ownership, maintenance or use of the "autos" indicated in Section **I** of this coverage form as covered "autos". "Garage operations" also include all operations necessary or incidental to a garage business.

"Insured" means any person or organization qualifying as an insured in the Who Is an Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**J.** "Insured contract" means:

   **1.** A lease of premises;

   **2.** A sidetrack agreement;

   **3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   **4.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   **5.** That part of any other contract or agreement pertaining to your garage business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement;

   **6.** An elevator maintenance agreement; or

   **7.** That part of any contract or agreement entered into, as part of your garage business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

   **a.** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

      **(1)** Preparing, approving or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

      **(2)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage.

   **b.** That indemnifies any person or organization for damage by fire to premises rented or loaned to you or temporarily occupied by you with permission of the owner.

   **c.** That pertains to the loan, lease or rental of an "auto", to you or any of your "employees" if the "auto" is loaned, leased or rented with a driver.

   **d.** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

   **e.** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing.

Copyright, Insurance Services Office, Inc., 2009
CA 00 05 03 10

**EXHIBIT A**

**K.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**L.** "Loss" means direct and accidental loss or damage. But for Garagekeepers Coverage only, "loss" also includes any resulting loss of use.

**M.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**N.** "Products" includes:

   **1.** The goods or products you made or sold in a garage business; and

   **2.** The providing of or failure to provide warnings or instructions.

**O.** "Property damage" means damage to or loss of use of tangible property.

**P.** "Suit" means a civil proceeding in which:

   **1.** Damages because of "bodily injury" or "property damage"; or

   **2.** A "covered pollution cost or expense";

   to which this insurance applies, are claimed.

   "Suit" includes:

   **a.** An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

   **b.** Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the insured submits with our consent.

**Q.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**R.** "Trailer" includes semitrailer.

**S.** "Work you performed" includes:

   **1.** Work that someone performed on your behalf; and

   **2.** The providing of or failure to provide warnings or instructions.

Copyright, Insurance Services Office, Inc., 2009

**EXHIBIT A**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GARAGE LOCATIONS AND OPERATIONS
# MEDICAL PAYMENTS COVERAGE

This endorsement modifies insurance provided under the following:

GARAGE COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Coverage**

We will pay reasonable medical and funeral expenses to or for each person who sustains "bodily injury" to which this coverage applies, caused by an "accident" and resulting from:

1. The maintenance or use of the locations shown in the Declarations and that portion of the roads or other accesses that adjoin these locations for garage business.

2. All operations necessary or incidental to a garage business.

We will pay only those expenses incurred for services rendered within one year from the date of the "accident".

**B. Exclusions**

This insurance does not apply to:

1. "Bodily injury" resulting from the maintenance or use of any "auto".

2. "Bodily injury" to a person, whether or not an "employee" of any "insured", if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

3. "Bodily injury" arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

4. "Bodily injury" to any "insured".

**C. Limit Of Insurance**

Regardless of the number of persons who sustain "bodily injury" or claims made, the most we will pay for "bodily injury" for each person injured in any one "accident" is the Limit of Medical Payments Coverage shown in the Declarations.

**D. Changes In Conditions**

The **Transfer Of Rights Of Recovery Against Others To Us** Garage Condition does not apply.

Case 5:20-cv-04018-LRR-MAR   Document 1-1   Filed 03/16/20   Page 29 of 50

**EXHIBIT A**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GARAGE COVERAGE FORM - OTHER THAN COVERED AUTOS EXPOSURE - TOTAL POLLUTION EXCLUSION

This endorsement modifies insurance provided under the following:

GARAGE COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**Liability Coverage** is changed as follows:

Exclusion **8. Pollution Exclusion Applicable To "Garage Operations" - Other Than Covered "Autos"** is replaced by the following:

**8. Pollution Exclusion Applicable To "Garage Operations" - Other Than Covered "Autos"**

  **a.** "Bodily injury" or "property damage" which would not have occurred in whole or in part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

  **b.** Any loss, cost or expense arising out of any:

    **(1)** Request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants";

    **(2)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants".

Copyright, ISO Properties, Inc., 2000

**EXHIBIT A**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION - GARAGE OPERATIONS - OTHER THAN COVERED AUTOS

This endorsement modifies insurance provided under the following:

GARAGE COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following exclusion is added to Paragraph **B. Exclusions** of **Section II - Liability Coverage** of The Garage Coverage Form:

This insurance does not apply to:

**FUNGI OR BACTERIA EXCLUSION APPLICABLE TO "GARAGE OPERATIONS" - OTHER THAN COVERED AUTOS**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any "insured" or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** If the Personal Injury Liability Coverage - Garages endorsement is attached, the following exclusions are added to Paragraph **B. Exclusions:**

This insurance does not apply to:

**1.** "Personal injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**2.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any "insured" or by any other person or entity.

**C.** If the Broadened Coverage - Garages endorsement is attached, the following exclusions are added to Paragraph **B. Exclusions** of **Section I - Personal And Advertising Injury Liability Coverage:**

This insurance does not apply to:

**1.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

 Copyright, ISO Properties, Inc., 2005

Case 5:20-cv-04018-LRR-MAR   Document 1-1   Filed 03/16/20   Page 31 of 50

EXHIBIT A

**2.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any "insured" or by any other person or entity.

**D.** As used in this endorsement:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

Copyright, ISO Properties, Inc., 2005

CA 25 37 03 06

**EXHIBIT A**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SILICA OR SILICA-RELATED DUST EXCLUSION FOR OTHER THAN COVERED AUTOS EXPOSURE - GARAGE COVERAGE FORM

This endorsement modifies insurance provided under the following:

GARAGE COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following exclusion is added to Paragraph **B. Exclusions** for **"Garage Operations" - Other Than Covered "Autos"** of **Section II - Liability Coverage** in the Garage Coverage Form:

**SILICA OR SILICA-RELATED DUST EXCLUSION FOR OTHER THAN COVERED AUTOS EXPOSURE - GARAGE COVERAGE FORM**

This insurance does not apply to:

**a.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

**b.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**c.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any "insured" or by any other person or entity.

**B.** If the Personal Injury Liability Coverage - Garages endorsement is attached, the following exclusion is added to Paragraph **B. Exclusions:**

This insurance does not apply to:

**a.** "Personal injury" arising in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any "insured" or by any other person or entity.

**C.** If the Broadened Coverage - Garages endorsement is attached, the following exclusion is added to **B. Exclusions** of **Section I - Personal And Advertising Injury Liability Coverage:**

This insurance does not apply to:

**a.** "Personal and advertising injury" arising in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any "insured" or by any other person or entity.

**D. Additional Definitions**

As used in this endorsement:

**a.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

**b.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

Copyright, ISO Properties, Inc., 2005

Case 5:20-cv-04018-LRR-MAR   Document 1-1   Filed 03/16/20   Page 33 of 50

**EXHIBIT A**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AUTO MEDICAL PAYMENTS COVERAGE

This endorsement modifies insurance provided under the following:

> BUSINESS AUTO COVERAGE FORM
> GARAGE COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM
> TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Coverage**

We will pay reasonable expenses incurred for necessary medical and funeral services to or for an "insured" who sustains "bodily injury" caused by "accident". We will pay only those expenses incurred, for services rendered within three years from the date of the "accident".

**B. Who Is An Insured**

1. You while "occupying" or, while a pedestrian, when struck by any "auto".

2. If you are an individual, any "family member" while "occupying" or, while a pedestrian, when struck by any "auto".

3. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, loss or destruction.

**C. Exclusions**

This insurance does not apply to any of the following:

1. "Bodily injury" sustained by an "insured" while "occupying" a vehicle located for use as a premises.

2. "Bodily injury" sustained by you or any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by you or furnished or available for your regular use.

3. "Bodily injury" sustained by any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by or furnished or available for the regular use of any "family member".

4. "Bodily injury" to your "employee" arising out of and in the course of employment by you. However, we will cover "bodily injury" to your domestic "employees" if not entitled to workers' compensation benefits. For the purposes of this endorsement, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

5. "Bodily injury" to an "insured" while working in a business of selling, servicing, repairing or parking "autos" unless that business is yours.

6. "Bodily injury" arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

Copyright, ISO Properties, Inc., 2005

**EXHIBIT A**

**7.** "Bodily injury" to anyone using a vehicle without a reasonable belief that the person is entitled to do so.

**8.** "Bodily Injury" sustained by an "insured" while "occupying" any covered "auto" while used in any professional racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply to any "bodily injury" sustained by an "insured" while the "auto" is being prepared for such a contest or activity.

**D. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for "bodily injury" for each "insured" injured in any one "accident" is the Limit Of Insurance for Auto Medical Payments Coverage shown in the Declarations.

No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage and any Liability Coverage Form, Uninsured Motorists Coverage Endorsement or Underinsured Motorists Coverage Endorsement attached to this Coverage Part.

**E. Changes In Conditions**

The Conditions are changed for Auto Medical Payments Coverage as follows:

**1.** The Transfer Of Rights Of Recovery Against Others To Us Condition does not apply.

**2.** The reference in Other Insurance in the Business Auto and Garage Coverage Forms and Other Insurance - Primary And Excess Insurance Provisions in the Truckers and Motor Carrier Coverage Forms to "other collectible insurance" applies only to other collectible auto medical payments insurance.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Family member" means a person related to you by blood, marriage or adoption who is a resident of your household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

Copyright, ISO Properties, Inc., 2005

CA 99 03 03 06

**EXHIBIT A**



**Western Heritage**
*Insurance Company*

# ENDORSEMENT NO._____

| ATTACHED TO AND FORMING A PART OF POLICY NUMBER | ENDORSEMENT EFFECTIVE DATE (12:01 A.M. STANDARD TIME) | NAMED INSURED | AGENT NO. |
|---|---|---|---|
| AGP0860010 | 08/29/2016 | 59 POWER SPORTS INC | 14010 |

**(The above information is required only when this endorsement is issued subsequent to preparation of the policy.)**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## CHANGES IN THE GARAGE COVERAGE FORM

This endorsement modifies insurance provided under the following:

**GARAGE COVERAGE FORM**

### CHANGES IN SECTION I - COVERED AUTOS

Under subsection **A. Description Of Covered Auto Designation Symbols, Symbols 27** and **31** are replaced by:

| 27 | Specifically Described "Autos" | Only those "autos" described in Item Nine of the Garage Supplemental Declarations for which a premium charge is shown (and for Liability Coverage any "trailers" you don't own while attached to a power unit described in Item Nine). |
|---|---|---|
| 31 | Dealers "Autos" And "Autos" Held For Sale By Non-Dealers Or Trailer Dealers (Physical Damage Coverages) | Any "autos" and the interests in these "autos" described in Item Seven of the Garage Supplemental Declarations |

### CHANGES IN SECTION II - LIABILITY COVERAGE

If we are required to respond to a claim or "suit" in order to comply with a compulsory insurance, financial responsibility or no-fault law, or similar law, the limit of insurance provided will be the minimum specified by that law where the covered "auto" is principally garaged.

Under subsection **A. Coverage,** paragraph **3.a.(2)(d) Who Is An Insured** is replaced by:

**(d)** Your customers, if your business is shown in the Declarations as an "auto" dealership. However, if a customer of yours:

**(i)** Has no other available insurance (whether primary, excess or contingent), they are an "insured" but only up to the compulsory or financial responsibility law limits where the covered "auto" is principally garaged.

**(ii)** Has other available insurance (whether primary, excess or contingent) less than the compulsory or financial responsibility law limits where the covered "auto" is principally garaged, they are an "insured" only for the amount by which the compulsory or financial responsibility law limits exceed the limit of their other insurance.

Case 5:20-cv-04018-LRR-MAR   Document 1-1   Filed 03/16/20   Page 36 of 50

**EXHIBIT A**

Under subsection **B. Exclusions,** the following are added:

This insurance does not apply to any of the following:

**Asbestos**

"Bodily injury" or "property damage" arising out of: the use or installation of asbestos in constructing or manufacturing any good, product or structure; the removal of asbestos from any good, product or structure; the manufacturing, transportation, storage or disposal of asbestos or goods or products containing asbestos; or inhaling, ingesting or prolonged physical exposure to asbestos or goods or products containing asbestos.

**Assault And Battery**

"Bodily injury" or "property damage" arising out of assault and battery, or out of any act or omission in connection with the prevention or suppression of such acts, including failure to warn, train or supervise, whether caused by or at the instigation or direction of the "insured," his "employees," customers or any other person.

**Lead Contamination**

"Bodily injury" or "property damage" arising out of the manufacture, sale, lease, distribution, storage, handling, installation, repair, removal, testing, inspection, disposal or other use of, exposure to, or contact with any goods, products, materials, plant life, or structures containing lead in any form including, without limitation, claims arising out of continuous, intermittent or repeated exposure to and/ or ingestion, inhalation or absorption of lead.

This exclusion applies regardless of whether the "bodily injury" or "property damage" results from inhaling, eating, drinking, physical contact or any other means of lead contamination.

**Radius Of Operation - Specifically Described "Autos"**

"Bodily injury" or "property damage" which occurs while a covered "auto" specifically described in the Declarations is being driven beyond the stated radius.

**Subsidence Of Land**

"Bodily injury" or "property damage" arising out of or aggravated by the subsidence of land as a result of landslide, mudflow, mudslide or earth sinking, rising or shifting, whether arising out of natural causes or resulting from your operations, or operations of any subcontractor of yours.

**Service Use Autos**

"Bodily injury" or "property damage" arising out of the ownership, maintenance or use of "service use autos." However, this exclusion does not apply to "service use autos" used in your "garage operations" which are specifically described in the Declarations of this policy or are held for sale by you and being temporarily operated as "service use autos."

"Service use autos" means "autos" used to support and maintain "garage operations," including, but not limited to, tow trucks, car haulers, parts trucks, road service trucks, lifts, all terrain or utility terrain off road vehicles.

**Punitive Or Exemplary Damage**

If a "suit" is brought against the "insured" for a claim falling within the coverage provided by this policy, seeking both compensatory and punitive or exemplary damages, then we will afford a defense to such action. We have the right to seek contribution for the costs and fees of a defense for causes of action which are not covered. We will not have an obligation to pay for any indemnity costs, interest, or damages attributable to punitive or exemplary damages.

### Drive-Away Operations

"Bodily injury" or "property damage" which occurs while a covered "auto" is being driven or transported from the point of purchase or distribution to its destination, if such points are more than three hundred (300) miles apart, unless this limit is extended by completion of the DRIVE-AWAY SCHEDULE in the GARAGE COVERAGE MASTER ENDORSEMENT.

### Mental Injury

Emotional distress, mental anguish, humiliation, mental distress, mental injury, anxiety, inconvenience, depression, dissatisfaction, or shock to the nervous system or any physical manifestation of any of the forgoing, or any similar injury to that person or a member of that person's family.

Under subsection **D. Deductible,** the following is added:

This deductible applies, unless the deductible is changed by the DEDUCTIBLE LIABILITY INSURANCE Endorsement.

## CHANGES IN SECTION III - GARAGEKEEPERS COVERAGE

Under subsection **B. Exclusions,** the following amendments apply:

Paragraph **1.b. (Theft)** is replaced by:

> **b. Theft Or Conversion.**
>
> **(1)** "Loss" due to theft or conversion caused in any way by you, your "employees" or by your shareholders; or
>
> **(2)** "Loss" due to theft if at the time of "loss" the keys for the stolen "customer's auto" were in the "customer's auto," or upon the "customer's auto."

Paragraph **1.** is amended to add the following:

This insurance does not apply to any of the following:

**Transport and Towing**

Any "customer's auto" while it is being transported or towed, or put on or taken off the towing apparatus, by any "insured" unless the operation is being performed by an auto listed on the Garagekeepers IN TRANSIT Schedule in the GARAGE COVERAGE MASTER ENDORSEMENT.

**"Autos" On Consignment For Sale**

"Loss" to any "auto" not owned by you while in your possession on consignment for sale.

Subsection **C. Limit Of Insurance And Deductible** is replaced by:

**C. Limit Of Insurance And Deductible**

**1.** The most we will pay for each "loss" at each location is the Garagekeepers Coverage Limit of Insurance shown in the DECLARATIONS for that location minus the applicable deductibles shown in the DECLARATIONS.

**2.** Regardless of the value of each "customer's auto," the most we will pay for "loss" to any one "customer's auto" is $35,000 unless another Limit of Insurance is shown by completion of the VALUE LIMITATION SCHEDULE in the GARAGE COVERAGE MASTER ENDORSEMENT.

**3.** Sometimes to settle a claim or "suit," we may advance all or any part of the deductible. If this happens you must reimburse us for the deductible or that portion of the deductible that we paid.

**EXHIBIT A**

**CHANGES IN SECTION IV - PHYSICAL DAMAGE COVERAGE**

Under subsection **A. Coverage,** the following is added:

### Coverage Extension - Transportation Expenses

If your business is shown in the Declarations as something other than an "auto" dealership, we will pay up to $20 per day to a maximum of $600 for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning forty-eight (48) hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss."

Under subsection **B. Exclusions,** the following amendments apply:

Paragraph **5.** is replaced by:

5. If your business is shown in the Declarations as an "auto" dealership, we will not pay for:

   a. Your expected profit, including loss of market value or resale value.

   b. "Loss" to any covered "auto" displayed or stored at any location not shown in Item Three of the Declarations if the "loss" occurs more than forty-five (45) days after your use of the location begins.

   c. "Loss" to any covered "auto" while being driven or transported from the point of purchase or distribution to its destination if such points are more than three hundred (300) miles apart unless this limit is extended by completion of the DRIVE-AWAY SCHEDULE in the GARAGE COVERAGE MASTER ENDORSEMENT.

   d. Under the Specified Causes Of Loss Coverage, "loss" to any covered "auto" caused by or resulting from the collision or upset of any vehicle transporting it.

The following Exclusions are added:

We will not pay for "loss" to any of the following:

### Theft Or Conversion

   a. Any covered "auto" caused by or resulting from theft or conversion caused in any way by you, your "employees" or by your shareholders; or

   b. Any covered "auto" caused by or resulting from theft if at the time of "loss" the keys for the stolen "auto" were in that "auto," or upon that "auto," unless the "auto" is specifically described in the DECLARATIONS.

### Service Use "Autos"

"Bodily injury" or "property damage" arising out of the ownership, maintenance or use of "service use autos." However this exclusion does not apply to "service use autos" used in your "garage operations" which are specifically described in the Declarations of this policy or are held for sale by you and being temporarily operated as "service use autos."

"Service use autos" means "autos" used to support and maintain "garage operations," including, but not limited to, tow trucks, car haulers, parts trucks, road service trucks, lifts, all terrain or utility terrain off road vehicles.

Under subsection **C. Limits Of Insurance,** the following amendments apply:

Paragraph **1.** is replaced by:

**EXHIBIT A**

1. The most we will pay for "loss" to any one covered "auto" is the lesser of:

    a. The actual cash value of the damaged or stolen property as of the time of "loss";

    b. The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality; or

    c. The amount shown as Cost/ Value for the "auto" specifically described in the DECLARATIONS.

The following is added to paragraph **4.:**

The following provision applies regardless of the value of a covered "auto":

The most we will pay for "loss" to any one "auto" is $35,000 unless another Limit of Insurance is shown by completion of the Value Limitation Schedule in the GARAGE COVERAGE MASTER ENDORSEMENT.

Paragraph **5.** is replaced by:

5. For those businesses shown in the Declarations as "auto" dealerships, the following provisions also apply:

    a. Regardless of the number of covered "autos" involved in the "loss," the most we will pay for all "loss" at any one location is the amount shown in the Declarations for that location. Regardless of the number of covered "autos" involved in the "loss," the most we will pay for all "loss" in transit is the amount shown in the Declarations for "loss" in transit.

    b. **Quarterly Or Monthly Reporting Premium Basis**

    If, on the date of your last report, the actual value of the covered "autos" at the "loss" location exceeds what you last reported, when a "loss" occurs we will pay only a percentage of what we would otherwise be obligated to pay. We will determine this percentage by dividing your total reported value for the involved location by the total actual value at the "loss" location on the date of your last report.

    If the first report due is delinquent on the date of "loss," the most we will pay will not exceed seventy-five percent (75%) of the Limit of Insurance shown in the Declarations for the applicable location.

    c. **Non-reporting Premium Basis**

    If, when "loss" occurs, the total value of your covered "autos" exceeds the Limit of Insurance shown in the Declarations, we will pay only a percentage of what we would otherwise be obligated to pay. We will determine this percentage by dividing the Limit of Insurance by the total actual value at the "loss" location at the time the "loss" occurred.

Subsection **D. Deductible** is replaced by:

**D. Deductible**

1. For each covered "auto," our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations.

2. The maximum deductible for all such loss is shown in the Declarations.

**CHANGES IN SECTION V - GARAGE CONDITIONS**

Under subsection **B. General Conditions,** the following amendments apply:

Paragraph **6.** is replaced by:

**EXHIBIT A**

**6. Premium Audit**

The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We may, at our option, compute the final premium due if we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill.

The following provisions are added:

**Minimum Premium**

The premium charged for Liability Coverage is the minimum premium for the policy period shown in the Declarations.

**Minimum Earned Premium**

If this policy is canceled at your request, we will retain not less than twenty-five percent (25%) of the total premium as a Minimum Earned Premium.

## CHANGES IN SECTION VI - DEFINITIONS

Item **C.** is replaced by:

**C.**  "Bodily injury" means physical injury, sickness, or disease sustained by a person including death resulting from any of these. "Bodily injury" does not include emotional distress, mental anguish, humiliation, mental distress, mental injury, anxiety, inconvenience, depression, dissatisfaction, or shock to the nervous system or any physical manifestation of any of the forgoing, or any similar injury to that person or a member of that person's family.

/
_____
AUTHORIZED REPRESENTATIVE          DATE

Case 5:20-cv-04018-LRR-MAR   Document 1-1   Filed 03/16/20   Page 41 of 50

**EXHIBIT A**



**Western Heritage**
*Insurance Company*

| ATTACHED TO AND FORMING A PART OF POLICY NUMBER | ENDORSEMENT EFFECTIVE DATE (12:01 A.M. STANDARD TIME) | NAMED INSURED | AGENT NO. |
|---|---|---|---|
| AGP0860010 | 08/29/2016 | 59 POWER SPORTS INC | 14010 |

**(The above information is required only when this endorsement is issued subsequent to preparation of the policy.)**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## GARAGE COVERAGE MASTER ENDORSEMENT

If we are required to respond to a claim or "suit" in order to comply with a compulsory insurance, financial responsibility or no-fault law, or similar law, the limit of insurance provided will be the minimum specified by that law where the covered "auto" is principally garaged.

**FURNISHED AUTO EXCLUSION - DEALERS ONLY**

We will not pay for "bodily injury," "property damage" or "loss" arising out of the use of covered "autos" owned by you and "furnished or available for regular use" of owners, partners, officers, "employees," spouses, children or relatives of yours or any other person. "Furnished or available for regular use" means the right to frequent use of an "auto" for purposes that are not necessary or incidental to "garage operations." This exclusion does not apply to the persons named in the Schedule of Drivers Furnished "Autos."

**Schedule of Driver's Furnished "Autos"**

| Driver's Name |
|---|
|  |
|  |
|  |
|  |
|  |

**YOUTHFUL DRIVER EXCLUSION - DEALERS ONLY**

We will not pay for "bodily injury," "property damage" or "loss" while anyone under the age of twenty-one (21) is operating a covered "auto" at any time. This exclusion does not apply to the persons named in the Schedule of Youthful Drivers or to a prospective purchaser while on a test drive accompanied by you or your "employee."

**EXHIBIT A**

**Schedule of Youthful Drivers**

| Driver's Name |
|---|
| |
| |
| |
| |
| |

## GARAGEKEEPERS - IN TRANSIT - SCHEDULE

The Transport and Towing Exclusion contained in the CHANGES IN THE GARAGE COVERAGE FORM endorsement is replaced by the following when a limit and deductible is shown in the In Transit Schedule.

Garagekeepers Coverage applies to a covered "customer's auto" while it is being transported or towed by an "auto," or while being put on or taken off the towing apparatus of an "auto," described in the In Transit Schedule below, subject to the limit and the deductible for each "customer's auto" stated in the In Transit Schedule below and subject to the Limit Of Insurance stated in the Declarations for Garagekeepers Coverage for that location.

### IN TRANSIT SCHEDULE

| Auto No. | Description of tow truck or wrecker transporting a covered "customer's auto" (Year, Make, Model and VIN) | Maximum number of "customer's autos" transported by the described tow truck or wrecker | Maximum Limit of Insurance for each "customer's auto" transported by the described tow truck or wrecker | Minus Deductible for each "customer's auto" | | | Premium Charge |
|---|---|---|---|---|---|---|---|
| | | | | Collision | Specified Causes | Compre-hensive | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**DRIVE-AWAY SCHEDULE** (Pick-Up and Delivery Liability, Dealer Drive-Away Collision)

The limit of three hundred (300) miles shown in the Drive-Away exclusions contained in the CHANGES IN THE GARAGE COVERAGE FORM endorsement is extended by completion of the following:

Extended to _____ miles for an additional premium of $ _____.

## VALUE LIMITATION SCHEDULE

The Limit of Insurance of $35,000 for "loss" to any one covered "customer's auto" or "auto" shown in the Limits of Insurance sections contained in the CHANGES IN THE GARAGE COVERAGE FORM endorsement is changed by completion of the following:

GARAGEKEEPERS (Not applicable to "customer's autos" In Transit):

The maximum Limit of Insurance for "loss" to any one "customer's auto" is $_____.

PHYSICAL DAMAGE:

The maximum Limit of Insurance for "loss" to any one "auto" is $_____ .

**All other Terms and Conditions of this Policy remain unchanged.**

_____/_____

_____          _____
AUTHORIZED REPRESENTATIVE                              DATE

**EXHIBIT A**



**Western Heritage**
*Insurance Company*

| ATTACHED TO AND FORMING A PART OF POLICY NUMBER | ENDORSEMENT EFFECTIVE DATE (12:01 A.M. STANDARD TIME) | NAMED INSURED | AGENT NO. |
|---|---|---|---|
| AGP0860010 | 08/29/2016 | 59 POWER SPORTS INC | 14010 |

**(The above information is required only when this endorsement is issued subsequent to preparation of the policy.)**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ANIMAL EXCLUSION

This endorsement modifies insurance provided under the following:

GARAGE COVERAGE FORM

This policy does not provide coverage for:

**Bodily injury, property damage or medical payments** to others, caused by any animal, whether owned or not owned by any insured.

**All other Terms and Conditions of this Policy remain unchanged.**

/
_____     _____
AUTHORIZED REPRESENTATIVE                    DATE

**EXHIBIT A**



**Western Heritage**
*Insurance Company*

| ATTACHED TO AND FORMING A PART OF POLICY NUMBER | ENDORSEMENT EFFECTIVE DATE (12:01 A.M. STANDARD TIME) | NAMED INSURED | AGENT NO. |
|---|---|---|---|
| AGP0860010 | 08/29/2016 | 59 POWER SPORTS INC | 14010 |

**(The above information is required only when this endorsement is issued subsequent to preparation of the policy.)**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## EXCLUSION - DESIGNATED GARAGE OPERATIONS - TIRES

This endorsement modifies insurance provided under the following:

**GARAGE COVERAGE FORM**

This insurance does not apply to "bodily injury," "property damage," "personal and advertising injury" or medical expense arising out of the following designated operations:

**1.** Sales, service, installation, maintenance, repair or replacement, of any tire that has been altered by being recapped, retreaded, re-grooved, siped or vulcanized, other than by the original manufacturer;

**2.** Sales, service, installation, maintenance, repair or replacement, of any tire(s) five years or older; or

**3.** Sales of used tires for any auto that requires a commercial drivers license to operate.

**All other Terms and Conditions of this Policy remain unchanged.**

_____     /    _____
AUTHORIZED REPRESENTATIVE                          DATE

Case 5:20-cv-04018-LRR-MAR   Document 1-1   Filed 03/16/20   Page 45 of 50

**EXHIBIT A**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# IOWA GARAGE LIABILITY COVERAGE CHANGES

This endorsement modifies insurance provided under the following:

GARAGE COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

For "garage operations" conducted in Iowa, Liability Coverage is changed by the following:

1. **Who Is An Insured** is replaced by the following:

   a. The following are "insureds" for covered "autos":

   (1) You for any covered "auto".

   (2) Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

   (a) The owner or anyone else from whom you hire or borrow a covered "auto". This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

   (b) Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

   (c) Someone using a covered "auto" while he or she is working in a business of selling, servicing, or repairing "autos", unless that business is your "garage operations".

   (d) Your customers. However, those customers are "insureds" up to the compulsory or financial responsibility law limits where the covered "auto" is principally garaged.

   (e) A partner (if you are a partnership), or member (if you are a limited liability company) for a covered "auto" owned by him or her or a member of his or her household.

   (3) Anyone else who is liable for the conduct of an "insured" but only to the extent of that liability.

   (4) Your "employee" while using a covered "auto" you do not own, hire, or borrow in your business or your personal affairs.

   b. The following are "insureds" for "garage operations" other than covered "autos":

   (1) You.

   (2) Your partners (if you are a partnership), or members (if you are a limited liability company), "employees", directors or shareholders but only while acting within the scope of their duties.

2. **Other Insurance** is changed by adding the following:

   Liability Coverage is excess for any covered "auto" you own if operated by a customer described in Paragraph **a.(2)(d)** of the Who Is An Insured Provision.

Case 5:20-cv-04018-LRR-MAR   Document 1-1   Filed 03/16/20   Page 46 of 50

**EXHIBIT A**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# IOWA CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

> CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
> COMMERCIAL AUTOMOBILE COVERAGE PART
> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> CRIME AND FIDELITY COVERAGE PART
> EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
> EQUIPMENT BREAKDOWN COVERAGE PART
> FARM COVERAGE PART
> MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRODUCTS/ COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** The **Cancellation Common Policy** Condition is replaced by the following:

**CANCELLATION**

**1.** The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

**2.** **Cancellation Requirements**

    **a.** We may cancel this policy, by mailing or delivering to the first Named Insured and any loss payee written notice of cancellation at least:

        **(1)** 30 days before the effective date of cancellation if we cancel due to loss of reinsurance coverage;

        **(2)** 10 days before the effective date of cancellation if we cancel for any other reason.

    **b.** If this policy is a new policy and has been in effect for less than 60 days, we may cancel for:

        **(1)** Loss of reinsurance, subject to **d.** below; or

        **(2)** Any other reason.

    **c.** If this policy has been in effect for 60 days or more, or is a renewal of a policy we issued, we may cancel only for one or more of the following reasons:

        **(1)** Nonpayment of premium;

        **(2)** Misrepresentation or fraud made by or with your knowledge in obtaining the policy, when renewing the policy, or in presenting a claim under the policy;

        **(3)** Acts or omissions by you that substantially change or increase the risk insured;

        **(4)** Determination by the Commissioner that the continuation of the policy would jeopardize our solvency or would place us in violation of the insurance laws of this or any other state;

        **(5)** You have acted in a manner which you knew or should have known was in violation or breach of a policy term or condition; or

        **(6)** Loss of reinsurance, subject to **d.** below.

    **d.** We may cancel due to loss of reinsurance which provides coverage to us for a significant portion of the underlying risk insured, but only if the Commissioner determines that such cancellation is justified.

Copyright, ISO Properties, Inc., 2007

Case 5:20-cv-04018-LRR-MAR   Document 1-1   Filed 03/16/20   Page 47 of 50

**EXHIBIT A**

3. We will mail or deliver our notice to the first Named Insured's and any loss payee's last mailing address known to us.

4. Notice of cancellation will state:

    a. The reason for cancellation; and

    b. The effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, a post office department certificate of mailing is proof of receipt of notice. However, if cancellation is for nonpayment of premium, a certificate of mailing is not required.

B. The following is added and supersedes any other provision to the contrary:

**NONRENEWAL**

1. If we decide not to renew this policy, we will mail or deliver written notice of nonrenewal to the first Named Insured and any loss payee at least 45 days before the expiration date of this policy, except if:

    a. We have offered to issue a renewal policy; or

    b. You have failed to pay a premium due or any advance premium required by us for renewal.

2. If notice is mailed, a post office department certificate of mailing is proof of receipt of notice.

Copyright, ISO Properties, Inc., 2007
IL 02 76 09 08

**EXHIBIT A**





## Western Heritage
*Insurance Company*

P.O. Box 5100 Scottsdale, Arizona 85261-5100
9200 East Pima Center Parkway, Suite 350
Scottsdale, AZ 85258
1-800-873-9442
A Stock Company

# COMMERCIAL
# POLICY
# JACKET

THIS POLICY CONSISTS OF: DECLARATIONS, COMMON POLICY CONDITIONS, ONE OR MORE COVERAGE PARTS OR FORMS AND ENDORSEMENTS. A COVERAGE PART CONSISTS OF: ONE OR MORE COVERAGE FORMS, APPLICABLE FORMS AND ENDORSEMENTS.

IN WITNESS WHEREOF, the Company has caused this policy to be signed by its President and Secretary but this policy shall not be valid unless completed by the attachment hereto of a Declarations Page and Coverage Part(s) and counter-signed on the aforesaid Declarations Page by a duly Authorized Representative of the Company.

Secretary

President

**EXHIBIT A**